## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW REYNOLDS | : |
| Plaintiff, | : Civil Action No. 5:21-cv-01208-JFL |
| v. | : |
| WILLERT MFG. CO., LLC | : |
| Defendant. | : |

## ORDER

**AND NOW**, this _____ day of _____, 2021, upon consideration of Defendant Willert Manufacturing Company, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and any and all responses thereto, it is hereby **ORDERED**, that Defendant's Motion is **GRANTED**. It is further **ORDERED** that:

(1) All of Plaintiff's claims asserted against Defendant in this action are **DISMISSED WITH PREJUDICE**.

(2) Plaintiff's claim for attorney's fees and costs against Defendant is **DISMISSED WITH PREJUDICE.**

(3) Plaintiff's claim for punitive damages against Defendant is **DISMISSED WITH PREJUDICE.**

**BY THE COURT:**

_____
Honorable Joseph F. Leeson, Jr.