

447 Old Swede Rd, Douglassville, PA 19518

Phone: 610-385-9500
Fax: 610-385-9322

October 15, 2020

Mr. Matt Reynolds

Dear Mr. Reynolds,

I want to thank you for your time to interview with Willert Manufacturing Company. I am pleased to offer you the position of Maintenance Manager with the following package:

- **Full-time/Part-time**: Full-time Salary Exempt Employee
- **Pay Rate** - $3,269.24 per biweekly pay period. Upon completion of project goals defined by the Plant Manager, you will receive a bonus of $15,000. Future bonuses are determined and paid at the discretion of management.
- **Hours:** Minimum of 40 hours per week.
- **State Date:** October 19, 2020
- **Benefits:** See salaried employee benefit package attached. As a deviation from our standard Salaried Employee Benefit Package, you will receive four (4) weeks paid vacation per year.

This offer is contingent upon successful completion of a pre-employment drug test. All such testing will be conducted in accordance with applicable federal, state, and local laws. Please contact Ed Kennet to get the necessary paperwork you will need, should you accept this offer.

Upon the Immigration Reform and Control Act (IRCA), our company is required to verify the identity and work authorization of all newly hired employees. Therefore, you will be required to complete the I-9 form upon hire. Within three business days of beginning employment, you will need to supply acceptable documentation (as noted on the I-9 form) of your identity and work authorization. Willert Home Products, Inc. is an equal opportunity employer.

**Our company adheres to a policy of employment-at-will which allows either party to terminate the employment relationship at any time, for any reason, with or without cause.**

If you accept this position, please sign on the next page and return by Monday, October 19, 2020. You may email it to me at tgillette@willert.com or fax it to (314) 772-3238.

I look forward to working with you in this position. If you have any questions or would like additional clarification, please let us know.

Sincerely,

*Tammy Gillette*

Tammy Gillette
HR Manager

Willert0001

*********************************************************************

**ACKNOWLEDGEMENT**

I, Matt Reynolds, accept the offer as presented above.

_____          10/16/2020
         Signature                               Date

Willert0002