Occupational Health-Pottstown Hospital Tower Hlth
81 Robinson Street
Pottstown, PA 19464
Phone: 610-326-2300
Fax: 610-970-5869

# Drug Screen Results Letter

To: Dave Furno/Ed Kennet
Willert Manufacturing CO, LLC
447 Old Swede Road
Douglassville, PA 19518-1239

| | |
|---|---|
| Name: | Matthew D. Reynolds |
| Patient ID: | 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 |
| Collection Date & Time: | 10/28/2020 |
| Specimen ID #: | Z40177937 |
| Drug Test Profile: | 5 Rapid DS |
| Drugs Tested For: | Creatinine, Urinary  > = 20 |
| | D-Amphetamines 1000/500 |
| | D-Cocaine 300/150 |
| | D-Opiates 2000/2000 DOT |
| | D-PCP-Phencyclidine 25/25 |
| | **D-THC-Marijuana Metabolite 50/15**  - Positive |
| Collection Site & Phone: | Occupational Health-Pottstown Hospital |
| | 81 Robinson Street |
| | Pottstown, PA 19464 |
| | 610-326-2300 |
| Collector: | Michelle Bradley, RT |
| Laboratory: | Medtox Laboratories |
| | 402 W County Rd D |
| | Saint Paul, MN 55112 |
| Test Reason: | Pre-employment |
| Result: | Positive |
| MRO Verified On: | 11/03/2020 |
| Date CCF Received: | 10/28/2020 |

Printed: 11/03/2020   1:07:42PM

Joseph Albert, DO
Medical Review Officer

_11/3/20_
Date of Review and Verification

**Willert0046**