## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW REYNOLDS | : |
| | : |
| Plaintiff, | :   Civil Action No. 5:21-cv-01208-JFL |
| | : |
| v. | : |
| | : |
| WILLERT MFG. CO., LLC | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Eileen Ficaro, Esquire, hereby certify that a true and correct copy of Defendant Willert

Manufacturing Company, LLC's Response in Opposition to Plaintiff's Motion for Partial

Summary Judgment was served via electronic service of the Court upon all Counsel listed below.

Steven Auerbach, Esquire
Law Office of Steven T. Auerbach
822 Montgomery Avenue, Suite 210
Narberth, PA 19072
*Counsel for Plaintiff*

Christopher D. Mandracchia, Esquire
CDM Law
4 East 1st Avenue, Suite 103
Conshohocken, PA 19428
*Counsel for Plaintiff*

**KAUFMAN DOLOWICH & VOLUCK, LLP**

*/s/Eileen Monaghan Ficaro*
Gregory S. Hyman, Esquire
Eileen Monaghan Ficaro, Esquire
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
(215) 501-7024 (phone)
(215) 405-2973 (fax)
ghyman@kdvlaw.com
eficaro@kdvlaw.com
*Attorneys for Defendant*

Dated:  September 20, 2021          *Willert Manufacturing Company, LLC*