**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MATTHEW REYNOLDS : | |
| : | |
| Plaintiff, : | Civil Action No. 5:21-cv-01208-JFL |
| : | |
| v. : | |
| : | |
| WILLERT MFG. CO., LLC : | |
| : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this          day of                                  , 2021, upon consideration of Plaintiff's Motion for Partial Summary Judgment and all responses thereto, it is hereby **ORDERED**, that Plaintiff's Motion is **DENIED**.

**BY THE COURT:**

_____

Honorable Joseph F. Leeson, Jr.