# EXHIBIT "G"

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW REYNOLDS : | |
| Plaintiff, : | Civil Action No. 5:21-cv-01208-JFL |
| v. : | |
| WILLERT MFG. CO., LLC : | |
| Defendant. : | |

**DECLARATION UNDER PENALTY OF PERJURY OF BRYAN WILLERT**

I, Bryan Willert, declare the following under penalty of perjury:

1. I am the Executive Vice President for Willert Manufacturing Company, LLC ("Willert").

2. As the Executive Vice President, I have knowledge of chemicals used at Willert's facility located in Douglassville, Pennsylvania (the "Douglassville Facility").

3. At the Douglassville Facility, Willert manufactures several household products.

4. The manufacture of some of those products involves the use of "Specific Specially Denatured Alcohol/Rum Conditions."

5. Willert is required to have an "Industrial Alcohol User Permit" issued by the United States Department of the Treasury Alcohol and Tobacco Tax and Trade Bureau for the "Specific Specially Denatured Alcohol/Rum Conditions."

6. "Specific Specially Denatured Alcohol/Rum Conditions" was present at Willert's Douglassville Facility and used during the time that Plaintiff worked for Willert.

7. Willert had an "Industrial Alcohol User Permit" for the "Specific Specially Denatured Alcohol/Rum Conditions" during the time that Plaintiff worked for Willert. See Ex. A, "Industrial Alcohol User Permit."

I, Bryan Willert, declare under penalty of perjury that the foregoing is true and correct.

Date: 9/20/21

Bryan B Willert
Bryan Willert

# EXHIBIT "A" TO WILLERT DECLARATION

| DEPARTMENT OF THE TREASURY<br>ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**INDUSTRIAL ALCOHOL USER PERMIT** | PERMIT NUMBER<br>SDS-PA-20044 |
|---|---|
| | EFFECTIVE DATE<br>03/15/2020 |

| WILLERT MANUFACTURING COMPANY, LLC.<br>DBA: WILLERT MANUFACTURING COMPANY, LLC<br>447 OLD SWEDE RD<br>DOUGLASSVILLE, PA 19518 | MAXIMUM QUANTITY TO BE WITHDRAWN PER CALENDAR YEAR    500000<br><br>[X] GALLONS   [ ] PROOF GALLONS |
|---|---|

**You are hereby authorized to:**

| | |
|---|---|
| [ ] Withdraw and use alcohol free of tax | [X] Withdraw and use specially denatured alcohol/rum |
| | [ ] Withdraw and deal in specially denatured alcohol/rum |
| [ ] Recover/restore alcohol free of tax | [ ] Recover/restore and use specially denatured alcohol/rum |

Operations must be conducted at the above address, subject to applicable law and regulations, the Federal Water Pollution Control Act, and to the conditions set forth below.

This permit is continuing and will remain in force unless suspended, revoked, voluntarily surrendered or automatically terminated.

**This permit is not transferable.** In the event of any lease, sale or other transfer of the operations authorized or of any other changes in the proprietorship of such operations, this permit shall automatically terminate unless the successor requalifies by the end of thirty days. If a timely application is filed, the outstanding permit will continue in effect until the application is acted upon by the National Revenue Center or Puerto Rico Operations Office.

Tax free alcohol may not be used for any purpose or in any manner not shown on an approved permit application.

**THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS:**

**GENERAL CONDITIONS**

1. That the permittee complies with the provisions of 26 U.S.C., Chapter 51 and its regulations.
2. That the permittee has made no false statement as to any material fact in the application for this permit.
3. That the permittee furnishes all the material information required by law and regulations.
4. That the permittee and all persons interested in the permitted operations, shall not violate or conspire to violate any law of the United States relating to intoxicating liquor and shall not be convicted of any offense under the United States Code punishable as a felony or of any conspiracy to commit such an offense.
5. That the permittee continues, by reasons of operations, to be warranted to procure, possess and dispose of/use, as the case may be, specially denatured alcohol/rum or alcohol free of tax.
6. That the permittee timely prepares and maintains at the address stated on this permit, adequate and accurate records and reports as required by 26 U.S.C. 5275 and its regulations, and makes timely, true and complete reports of operations as required by law and regulations.
7. That the permittee has not discontinued the operations authorized by this permit for a period exceeding two years.

**SPECIFIC TAX FREE CONDITIONS**

That the permittee uses alcohol withdrawn free of tax only for the purposes set forth in this permit and within the conditions and limitations specified in 26 U.S.C. 5214 (a)(2) or (3).

**SPECIFIC SPECIALLY DENATURED ALCOHOL/RUM CONDITIONS**

1. That the permittee shall use specially denatured alcohol/rum in the manufacture of an article in accordance with an approved formula (including any general use formulas). When using specially denatured alcohol, for laboratory or mechanical purposes, not in the development of a product, use in the manner provided by law and regulations.
2. That the permittee manufactures, labels, advertises and sells or uses articles in the manner provided by law and regulations.
3. That the permittee, if authorized by this permit, recovers completely denatured alcohol, specially denatured alcohol/rum, or articles, in accordance with approved statements of process, in the manner provided by law and regulations.
4. That the permittee shall not dispose of specially denatured alcohol/rum to a user without a valid copy of the user's permit.

| THIS IS AN | [X] ORIGINAL PERMIT | [ ] AMENDED PERMIT |
|---|---|---|

| REASON FOR AMENDMENT (If applicable) | DATE OF AMENDMENT |
|---|---|
| | |

SIGNATURE AND TITLE OF AUTHORIZED TTB OFFICIAL

FOR JOHN J. MANFREDA, ADMINISTRATOR

TTB F 5150.9 (01/2005)

**ATTACHMENT TO TTB F 5150.9**

WILLERT MANUFACTURING COMPANY, LLC.

Willert Manufacturing Company, LLC

447 OLD SWEDE RD
DOUGLASSVILLE, PA 19518