UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

MATTHEW REYNOLDS, :
    Plaintiff, :
:
v. : No. 5:21-cv-01208
:
WILLERT MFG. CO., LLC, :
    Defendant. :
_____

## O R D E R

**AND NOW**, this 19th day of October, 2021, upon consideration of Plaintiff's Motion for Summary Judgment, ECF No. 27, Defendant's response thereto, ECF No. 30, Defendant's Motion for Summary Judgment, ECF No. 29, Plaintiff's response thereto, ECF No. 33, Defendant's reply in support of its motion, ECF No. 34, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiff's Motion for Summary Judgment, ECF No. 27, is **DENIED**.

2. Defendant's Motion for Summary Judgment, ECF No. 29, is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on the sole count of the Complaint.

4. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge